B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shubh Hotels Boca, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**03-0404492** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**701 NW 53rd Street**<br>**Boca Raton, FL**<br><div align="right">ZIP Code **33487**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **701 NW 53rd Street**<br>**Boca Raton, FL 33487** |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shubh Hotels Boca, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☒ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|      _____<br>     (Name of landlord that obtained judgment) |
|      _____<br>     (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Shubh Hotels Boca, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Susan D Lasky**
Signature of Attorney for Debtor(s)

**Susan D Lasky 451096**
Printed Name of Attorney for Debtor(s)

**Susan D Lasky, PA**
Firm Name

**915 Middle River Dr**
**Suite 420**
**Fort Lauderdale, FL 33304**

_____
Address

**Email: Jessica@SueLasky.com**
**954-400-7474 Fax: 954-206-0628**
Telephone Number

**February 24, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Atul Bisaria**
Signature of Authorized Individual

**Atul Bisaria**
Printed Name of Authorized Individual

**Title Manager**
Title of Authorized Individual

**February 24, 2014**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Shubh Hotels Boca, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| A 1 Elevator<br>559 Grand Blvd<br>Suite 302<br>Newport Richie, FL 34658 | A 1 Elevator<br>559 Grand Blvd<br>Suite 302<br>Newport Richie, FL 34658 | | | 510.00 |
| Arvida Park of Commerce<br>c/o Neil Frank Esq.<br>7805 SW 6 Ct<br>Plantation, FL 33324 | Arvida Park of Commerce<br>c/o Neil Frank Esq.<br>7805 SW 6 Ct<br>Plantation, FL 33324 | Location: 701 NW 53rd Street, Boca Raton FL 33487 | Contingent<br>Unliquidated<br>Disputed | 1.00<br>(Unknown secured)<br>(36,183,429.14 senior lien) |
| Brisk Coffee<br>402 N 22nd Street<br>Tampa, FL 33605 | Brisk Coffee<br>402 N 22nd Street<br>Tampa, FL 33605 | | | 126.00 |
| Building Trades Assoc Contractors<br>Referral Network Inc<br>Attn Richard Oleck<br>6353 W Rogers Cir # 3<br>Boca Raton, FL 33487 | Building Trades Assoc Contractors<br>Referral Network Inc<br>Attn Richard Oleck<br>Boca Raton, FL 33487 | Location: 701 NW 53rd Street, Boca Raton FL 33487 | Contingent<br>Unliquidated<br>Disputed | 1.00<br>(Unknown secured)<br>(36,183,430.14 senior lien) |
| Campus Publishers<br>2465 Central Ave #203<br>Boulder, CO 80301 | Campus Publishers<br>2465 Central Ave #203<br>Boulder, CO 80301 | | | 668.00 |
| Century Manufacturing Corporation<br>POB 2208<br>Seaford, NY 11783 | Century Manufacturing Corporation<br>POB 2208<br>Seaford, NY 11783 | | | 132.70 |
| City of Boca Raton Utilities Processing<br>POB 31042<br>Tampa, FL 33631 | City of Boca Raton Utilities Processing<br>POB 31042<br>Tampa, FL 33631 | | | 4,358.27 |
| Commercial Laundry Equipment<br>1114 53rd Court South<br>West Palm Beach, FL 33407 | Commercial Laundry Equipment<br>1114 53rd Court South<br>West Palm Beach, FL 33407 | | | 1,029.70 |
| Dmaria Plumbing Inc.<br>5601 Georgia Ave<br>West Palm Beach, FL 33405 | Dmaria Plumbing Inc.<br>5601 Georgia Ave<br>West Palm Beach, FL 33405 | | | 100.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Shubh Hotels Boca, LLC**                Case No.  _____

              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Florida Power and Light General Mail Facility Miami, FL 33188** | **Florida Power and Light General Mail Facility Miami, FL 33188** | | | **7,972.41** |
| **Flroida Department of Revenue 5050 W Tennessee Street Tallahassee, FL 32399** | **Flroida Department of Revenue 5050 W Tennessee Street Tallahassee, FL 32399** | | | **13,894.00** |
| **Guest Supplies POB 910 Monmouth Junction, NJ 08852** | **Guest Supplies POB 910 Monmouth Junction, NJ 08852** | | | **2,646.95** |
| **IPFF Corporation POB 412086 Kansas City, MO 64141** | **IPFF Corporation POB 412086 Kansas City, MO 64141** | | | **5,278.14** |
| **Kone Elevator POB 429 Moline, IL 61266** | **Kone Elevator POB 429 Moline, IL 61266** | | | **8,372.85** |
| **Leslie Swimming Pool Supplies 6701 Garden Road #3 West Palm Beach, FL 33404** | **Leslie Swimming Pool Supplies 6701 Garden Road #3 West Palm Beach, FL 33404** | | | **2,051.50** |
| **Soni-fi Solutions Inc. POB 50505 Saint Louis, MO 63150** | **Soni-fi Solutions Inc. POB 50505 Saint Louis, MO 63150** | | | **2,275.80** |
| **Summer Fire Spinklers 751 Park of Commerce Drive Suite #100 Boca Raton, FL 33487** | **Summer Fire Spinklers 751 Park of Commerce Drive Suite #100 Boca Raton, FL 33487** | | | **340.00** |
| **SunDial Systems 8515 NE 219th Street Battle Ground, WA 98604** | **SunDial Systems 8515 NE 219th Street Battle Ground, WA 98604** | | | **75.00** |
| **Tourist Delvelopement Tax POB 3715 West Palm Beach, FL 33402** | **Tourist Delvelopement Tax POB 3715 West Palm Beach, FL 33402** | | | **58,124.40** |
| **Tyco Integrated Solutions POB 371967 Pittsburgh, PA 15250** | **Tyco Integrated Solutions POB 371967 Pittsburgh, PA 15250** | | | **42.40** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Shubh Hotels Boca, LLC**                                           Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Title Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 24, 2014**                    Signature   **/s/ Atul Bisaria**
                                                            **Atul Bisaria**
                                                            **Title Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6A (Official Form 6A) (12/07)

.

In re    **Shubh Hotels Boca, LLC**
_____,          Case No. _____
                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 701 NW 53rd Street, Boca Raton FL 33487** | **Commercial Property** | **-** | **Unknown** | **36,183,433.14** |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Shubh Hotels Boca, LLC**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br>**Arvida Park of Commerce** <br>**c/o Neil Frank Esq.** <br>**7805 SW 6 Ct** <br>**Plantation, FL 33324** | - | | | **Possible Junior Lien** <br><br>**Location: 701 NW 53rd Street, Boca Raton FL 33487** <br><br> Value $                    **Unknown** | X | X | X | 1.00 | **Unknown** |
| Account No. <br><br>**Building Trades Assoc Contractors** <br>**Referral Network Inc** <br>**Attn Richard Oleck** <br>**6353 W Rogers Cir # 3** <br>**Boca Raton, FL 33487** | - | | | **Possible Junior Lien** <br><br>**Location: 701 NW 53rd Street, Boca Raton FL 33487** <br><br> Value $                    **Unknown** | X | X | X | 1.00 | **Unknown** |
| Account No. <br><br>**C&G Landscaping Inc** <br>**Attn Frank Gagliardi** <br>**9806 SE Landing Place** <br>**Jupiter, FL 33469** | - | | | **Possible Junior Lien** <br><br>**Location: 701 NW 53rd Street, Boca Raton FL 33487** <br><br> Value $                    **Unknown** | X | X | X | 1.00 | **Unknown** |
| Account No. <br><br>**Dale DeRousha** <br>**c/o Susan W Stacy, Esq.** <br>**POB 950365** <br>**Lake Mary, FL 32795** | - | | | **Possible Junior Lien** <br><br>**Location: 701 NW 53rd Street, Boca Raton FL 33487** <br><br> Value $                    **Unknown** | X | X | X | 1.00 | **Unknown** |

|  __1__  continuation sheets attached | Subtotal <br> (Total of this page) | 4.00 | 0.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Shubh Hotels Boca, LLC**                                          ,    Case No. _____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Possible Junior Lien | | | | | |
| Diamond Supply Company c/o Scott B Chapman, Esq. 7251 W Palmetto Park Rd Suite 203 Boca Raton, FL 33433 | - | | | Location: 701 NW 53rd Street, Boca Raton FL 33487 | X | X | X | | |
| | | | | Value $         Unknown | | | | 1.00 | Unknown |
| Account No. | | | | Possible Junior Lien | | | | | |
| Rozxanne Clark c/o Gutter MD 1733 NE 51 Ct Pompano Beach, FL 33064 | - | | | Location: 701 NW 53rd Street, Boca Raton FL 33487 | X | X | X | | |
| | | | | Value $         Unknown | | | | 1.00 | Unknown |
| Account No. | | | | Possible Junior Lien | | | | | |
| Rush Air Inc 1701 Sinclair St Saint Clair, MI 48079 | - | | | Location: 701 NW 53rd Street, Boca Raton FL 33487 | X | X | X | | |
| | | | | Value $         Unknown | | | | 1.00 | Unknown |
| Account No. xx-xxxx xx xxxxxx xxxxMBAE | | | | Fist Mortgage | | | | | |
| United Central Bank, as successor to Mutual Bank 1112 S Washington Street Naperville, IL 60540 | - | | | Location: 701 NW 53rd Street, Boca Raton FL 33487 | | | | | |
| | | | | Value $         Unknown | | | | 36,183,425.14 | Unknown |
| Account No. | | | | Possible Junior Lien | | | | | |
| Walter Gross d/b/a Go Better Drywall 3691 Sandlor Dr Saint Clair, MI 48079 | - | | | Location: 701 NW 53rd Street, Boca Raton FL 33487 | X | X | X | | |
| | | | | Value $         Unknown | | | | 1.00 | Unknown |

Sheet   **1**   of   **1**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 36,183,429.14 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 36,183,433.14 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    **Shubh Hotels Boca, LLC**                                 ,      Case No. _____

                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

               **0**     continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __Shubh Hotels Boca, LLC_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **A 1 Elevator**<br>**559 Grand Blvd**<br>**Suite 302**<br>**Newport Richie, FL 34658** | - | | | | | | | | 510.00 |
| Account No. | | | | | | | | | |
| **Brisk Coffee**<br>**402 N 22nd Street**<br>**Tampa, FL 33605** | - | | | | | | | | 126.00 |
| Account No. | | | | | | | | | |
| **Campus Publishers**<br>**2465 Central Ave #203**<br>**Boulder, CO 80301** | - | | | | | | | | 668.00 |
| Account No. | | | | | | | | | |
| **Century Manufacturing Corporation**<br>**POB 2208**<br>**Seaford, NY 11783** | - | | | | | | | | 132.70 |
| __3__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 1,436.70 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shubh Hotels Boca, LLC**                                          ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **City of Boca Raton Utilities Processing POB 31042 Tampa, FL 33631** | - | | | | | | 4,358.27 |
| Account No. | | | | | | | |
| **Commercial Laundry Equipment 1114 53rd Court South West Palm Beach, FL 33407** | - | | | | | | 1,029.70 |
| Account No. | | | | | | | |
| **Dmaria Plumbing Inc. 5601 Georgia Ave West Palm Beach, FL 33405** | - | | | | | | 100.00 |
| Account No. | | | | | | | |
| **Florida Power and Light General Mail Facility Miami, FL 33188** | - | | | | | | 7,972.41 |
| Account No. | | | | | | | |
| **Flroida Department of Revenue 5050 W Tennessee Street Tallahassee, FL 32399** | - | | | | | | 13,894.00 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,354.38

B6F (Official Form 6F) (12/07) - Cont.

In re **Shubh Hotels Boca, LLC**                                                      , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Guest Supplies** <br> **POB 910** <br> **Monmouth Junction, NJ 08852** | - | | | | | | | 2,646.95 |
| Account No. <br><br> **IPFF Corporation** <br> **POB 412086** <br> **Kansas City, MO 64141** | - | | | | | | | 5,278.14 |
| Account No. <br><br> **Kone Elevator** <br> **POB 429** <br> **Moline, IL 61266** | - | | | | | | | 8,372.85 |
| Account No. <br><br> **Leslie Swimming Pool Supplies** <br> **6701 Garden Road #3** <br> **West Palm Beach, FL 33404** | - | | | | | | | 2,051.50 |
| Account No. <br><br> **Soni-fi Solutions Inc.** <br> **POB 50505** <br> **Saint Louis, MO 63150** | - | | | | | | | 2,275.80 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     20,625.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shubh Hotels Boca, LLC**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Summer Fire Spinklers** 751 Park of Commerce Drive Suite #100 Boca Raton, FL 33487 | - | | | | | | 340.00 |
| Account No. **SunDial Systems** 8515 NE 219th Street Battle Ground, WA 98604 | - | | | | | | 75.00 |
| Account No. **Tourist Delvelopement Tax** POB 3715 West Palm Beach, FL 33402 | - | | | | | | 58,124.40 |
| Account No. **Tyco Integrated Solutions** POB 371967 Pittsburgh, PA 15250 | - | | | | | | 42.40 |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __3___ of __3___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 58,581.80 |
| | Total (Report on Summary of Schedules) | 107,998.12 |

B6G (Official Form 6G) (12/07)

In re __Shubh Hotels Boca, LLC_____,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Shubh Hotels Boca, LLC**                        Case No.

                                          Debtor(s)             Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Title Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **15**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 24, 2014**                   Signature    **/s/ Atul Bisaria**

                                                  **Atul Bisaria**

                                                  **Title Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re  **Shubh Hotels Boca, LLC**                                                  ,     Case No. _____

                                                        Debtor

                                                                                Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**None**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Title Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**February 24, 2014**_____     Signature _**/s/ Atul Bisaria**_____

                                                        **Atul Bisaria**
                                                        **Title Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re   **Shubh Hotels Boca, LLC**                         Case No.

                                         Debtor(s)              Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Title Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 24, 2014**                      **/s/ Atul Bisaria**

                                             **Atul Bisaria/Title Manager**
                                             Signer/Title

A 1 Elevator
559 Grand Blvd
Suite 302
Newport Richie, FL 34658


Arvida Park of Commerce
c/o Neil Frank Esq.
7805 SW 6 Ct
Plantation, FL 33324


Brisk Coffee
402 N 22nd Street
Tampa, FL 33605


Building Trades Assoc Contractors
Referral Network Inc
Attn Richard Oleck
6353 W Rogers Cir # 3
Boca Raton, FL 33487


C&G Landscaping Inc
Attn Frank Gagliardi
9806 SE Landing Place
Jupiter, FL 33469


Campus Publishers
2465 Central Ave #203
Boulder, CO 80301


Century Manufacturing Corporation
POB 2208
Seaford, NY 11783


City of Boca Raton Utilities Processing
POB 31042
Tampa, FL 33631


Commercial Laundry Equipment
1114 53rd Court South
West Palm Beach, FL 33407


Dale DeRousha
c/o Susan W Stacy, Esq.
POB 950365
Lake Mary, FL 32795

Diamond Supply Company
c/o Scott B Chapman, Esq.
7251 W Palmetto Park Rd
Suite 203
Boca Raton, FL 33433


Dmaria Plumbing Inc.
5601 Georgia Ave
West Palm Beach, FL 33405


Florida Power and Light
General Mail Facility
Miami, FL 33188


Flroida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399


Gary Isaacs Esq
712 US Hwy 1
Suite 400
North Palm Beach, FL 33408


Guest Supplies
POB 910
Monmouth Junction, NJ 08852


IPFF Corporation
POB 412086
Kansas City, MO 64141


Kone Elevator
POB 429
Moline, IL 61266


Leslie Swimming Pool Supplies
6701 Garden Road #3
West Palm Beach, FL 33404


Michael Popok Esq
2525 Ponce de Leon Blvd
Suite 700
Miami, FL 33134

Rozxanne Clark
c/o Gutter MD
1733 NE 51 Ct
Pompano Beach, FL 33064


Rush Air Inc
1701 Sinclair St
Saint Clair, MI 48079


Soni-fi Solutions Inc.
POB 50505
Saint Louis, MO 63150


Summer Fire Spinklers
751 Park of Commerce Drive Suite #100
Boca Raton, FL 33487


SunDial Systems
8515 NE 219th Street
Battle Ground, WA 98604


Tourist Delvelopement Tax
POB 3715
West Palm Beach, FL 33402


Tyco Integrated Solutions
POB 371967
Pittsburgh, PA 15250


United Central Bank, as successor to
Mutual Bank
1112 S Washington Street
Naperville, IL 60540


Walter Gross
d/b/a Go Better Drywall
3691 Sandlor Dr
Saint Clair, MI 48079