B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Shubh Hotels Boca, LLC**                                Case No.    **14-14225**

                                     Debtor(s)                           Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Booking.com B.V.<br>PO Box 1639<br>1000 BP Amsterdam<br>THE NETHERLANDS | Booking.com B.V.<br>PO Box 1639<br>1000 BP Amsterdam | Reservations. Amount is based on service period of which only a portion is due as of petition date. | Contingent | 5,524.84 |
| Campus Publishers<br>2465 Central Ave #203<br>Boulder, CO 80301 | Campus Publishers<br>2465 Central Ave #203<br>Boulder, CO 80301 | Advertising | | 668.00 |
| City Fire<br>5708 SW 25 St<br>Hollywood, FL 33023 | City Fire<br>5708 SW 25 St<br>Hollywood, FL 33023 | Fire Inspection | | 778.46 |
| City of Boca Raton Utilities Processing<br>POB 31042<br>Tampa, FL 33631 | City of Boca Raton Utilities Processing<br>POB 31042<br>Tampa, FL 33631 | Utilities. Estimated. | Contingent | 18,561.60 |
| Commercial Laundry Equipment Co.<br>1114 53rd Ct S<br>West Palm Beach, FL 33407 | Commercial Laundry Equipment Co.<br>1114 53rd Ct S<br>West Palm Beach, FL 33407 | | | 1,029.70 |
| Dieumene Guillaume<br>2451 NE 1 Ln<br>Boynton Beach, FL 33435 | Dieumene Guillaume<br>2451 NE 1 Ln<br>Boynton Beach, FL 33435 | Wages - gross | | 699.46 |
| Florida Power and Light<br>General Mail Facility<br>Miami, FL 33188 | Florida Power and Light<br>General Mail Facility<br>Miami, FL 33188 | Utilities | | 13,242.86 |
| Florida Public Utilities<br>PO Box 610<br>Marianna, FL 32447-0610 | Florida Public Utilities<br>PO Box 610<br>Marianna, FL 32447-0610 | Utilities. Estimate based on prior month. | | 5,262.64 |
| IPFS Corporation<br>POB 412086<br>Kansas City, MO 64141 | IPFS Corporation<br>POB 412086<br>Kansas City, MO 64141 | General liability insurance premium financed through IPFS. Monthly payment is $1,055.68. | | 5,278.40 |

B4 (Official Form 4) (12/07) - Cont.

In re  Shubh Hotels Boca, LLC
                Debtor(s)

Case No.  14-14225

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ISIS Creative Solutions, Inc. PO Box 493 Chester, NY 10918 | ISIS Creative Solutions, Inc. PO Box 493 Chester, NY 10918 | Reservation system. The amount reflected is based on teh service period of which only a portion is due as of thepetition date. | | 911.89 |
| Kone, Inc. POB 429 Moline, IL 61266 | Kone, Inc. POB 429 Moline, IL 61266 | Elevator service - amount is based on service period of which only a portion is due as of petition date. | | 8,372.85 |
| Lalit Kumar 701 NW 53 St Boca Raton, FL 33487 | Lalit Kumar 701 NW 53 St Boca Raton, FL 33487 | Wages - gross | | 769.23 |
| Oracle Elevator Co. f/k/a Mowrey Elevator Service, Inc. 3300 SW 50 Av Davie, FL 33314 | Oracle Elevator Co. f/k/a Mowrey Elevator Service, Inc. 3300 SW 50 Av Davie, FL 33314 | Default Final Judgment in O.R. Book 23669, page 0264, public records of Palm Beach County, Florida | Contingent | 962.50 |
| Poolsure of South FL, Inc. c/o Mitchell D. Brant 4800 NW 1 Av. #1C Fort Lauderdale, FL 33309 | Poolsure of South FL, Inc. c/o Mitchell D. Brant 4800 NW 1 Av. #1C Fort Lauderdale, FL 33309 | Default Final Judgment OR Book 24659, page 1192, public records of Palm Beach County, FL | Contingent | 1,217.96 |
| Sankhayan Chaudhury 521 NE 47 St Boca Raton, FL 33431 | Sankhayan Chaudhury 521 NE 47 St Boca Raton, FL 33431 | Wages - gross | | 807.69 |
| Simmons & White, Inc. 5601 Corporate Way #200 West Palm Beach, FL 33407 | Simmons & White, Inc. 5601 Corporate Way #200 West Palm Beach, FL 33407 | Default Final Judgment, O.R. Book 23805, page 1208, public records of Palm Beach County, Florida | Contingent | 22,722.24 |
| Soni-fi Solutions Inc. 3900 W Innovation St Sioux Falls, SD 57107-7002 | Soni-fi Solutions Inc. 3900 W Innovation St Sioux Falls, SD 57107-7002 | Cable and in-room movie service. Amount is based on service period of which only a portion is due as of petition date. | | 1,289.31 |

3/24/14 1:31PM

B4 (Official Form 4) (12/07) - Cont.

In re  Shubh Hotels Boca, LLC

Debtor(s)

Case No.  14-14225

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sysco Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852-0910 | Sysco Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852-0910 | Hotel supplies | | 2,646.95 |
| Windstream<br>PO Box 3177<br>Cedar Rapids, IA 52406-3177 | Windstream<br>PO Box 3177<br>Cedar Rapids, IA 52406-3177 | Telephone. Amount based on service period of which only a portion is due as of petition date. | Contingent | 676.49 |
| World Web Technologies, Inc.<br>PO Box 234, Chestermere ROP<br>Chestermere, Alberta  T1X 1K8<br>CANADA | World Web Technologies, Inc.<br>PO Box 234, Chestermere ROP<br>Chestermere, Alberta  T1X 1K8 | Reservation software. Amount based on service period of which only a portion is due as of petition date. | Contingent | 661.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chapter 11 Trustee of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  3/24/2014

Signature  *Maria M. Yip, Trustee*
Maria M. Yip
Chapter 11 Trustee

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.